```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  ROBB C. ADKINS
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    JOSEPH T. MCNALLY (SBN 250289)
 4  Assistant United States Attorney
         411 West Fourth Street
 5       Santa Ana, California
         Telephone: (714) 338-3590
 6       Facsimile: (714) 338-4520
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | ) SA CR 07-00275-JVS |
|---|---|
| Plaintiff, | ) <u>ORDER GRANTING GOVERNMENT'S MOTION</u> <u>FOR ADDITIONAL TIME TO OPPOSE TO</u> |
| v. | ) <u>DEFENDANT'S MOTION TO DISMISS AND</u> ) <u>MOTION TO SUPPRESS AND ORDER</u> |
| FERNANDO ALBERTO VELASQUEZ-BOSQUE, | ) <u>CONTINUING THE TRIAL DATE</u> |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Government's application for additional time to oppose defendant's motions filed on April 7, 2008 and April 8, 2008 is granted.  The Government's opposition is due April 28, 2008.  Defendant's reply is due May 5, 2008.

IT IS ALSO HEREBY ORDERED that the period from May 6, 2008 to May 20, 2008 is excluded from the period of time within which the trial of this matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161 <u>et</u> <u>seq</u>.  The trial date currently set for May 6, 2008 is vacated and continued to May 20, 2008 at 8:30 a.m.  A status conference and motion hearing date is set for May 12, 2008 at 3:00 p.m.  In connection with this order the Court finds the following: the time period from May 6, 2008 to May 20, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because it

1

constitutes a delay resulting from a pretrial motion from the filing of the motion through the hearing on or other prompt disposition of the motion and (2) pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(4) because failure to grant the continuance may deny the government continuity of counsel and the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED

April 10, 2008

_____
Hon. James V. Selna
United States District Judge